IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DEBORAH R. PARSONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 18-cv-1194-CJP[1] |
| | ) | |
| COMMISSIONER of SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

# MEMORANDUM AND ORDER

**PROUD, Magistrate Judge:**

Before the Court is the parties' Joint Stipulation to Remand to the Commissioner. **(Doc. 28)**.

The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. See, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand, "the Appeals Council will vacate all findings in the Administrative Law Judge's (ALJ) decision and remand the matter

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). See, Doc. 12.

to the ALJ. The Acting Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, and then issue a new decision. In so doing, the ALJ will hold a new administrative hearing, reevaluate the opinions of Drs. Santoro, Mehr, and Lanier, and reassess Plaintiff's residual functional capacity."

Plaintiff applied for disability benefits in November 2013. (Tr. 20). While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the parties' Joint Stipulation to Remand to the Commissioner **(Doc. 28)** is **GRANTED**.

The final decision of the Commissioner of Social Security denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED: January 30, 2019.**

s/ Clifford J Proud<br>
**CLIFFORD J. PROUD**<br>
**UNITED STATES MAGISTRATE JUDGE**